**Motion GRANTED and Order filed May 26, 2016.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-16-00418-CV
_____

### IN RE COMERICA BANK, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-55739**

---

## ORDER

On May 20, 2016, relator Comerica Bank filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Patricia J. Kerrigan, Judge of the 190th District Court, in Harris County, Texas, to vacate her order dated May 3, 2016, entered in trial court number 2015-55739, styled *James M. Gaidry v. Comerica Bank, Texas*. Relator claims respondent abused her discretion

by ordering relator to (1) arbitration in the arbitration already pending with FINRA under Case No.15-02458, and (2) withdraw its application to arbitrate with JAMS (Order).

On May 20, 2016, relator also filed a motion for temporary stay of the Order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the trial court's Order signed on May 3, 2016 in cause number 2015-55739, *James M. Gaidry v. Comerica Bank, Texas,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests James M. Gaidry, the real party-in-interest, to file a response to the petition for writ of mandamus on or before June 10, 2016. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.